**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| 9795 PERRY HIGHWAY MANAGEMENT, LLC, | : | No. 179 WAL 2022 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WALTER BERNARD AND WYNTON BERNARD, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.